**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Indiana

Case number *(if known):* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Norcross Lodging Associates, LLP |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Norcross Inn & Suites |
| **3. Debtor's federal Employer Identification Number** (EIN) | 20-0687698 |

**4. Debtor's address**

**Principal place of business**

6650 Bay Circle
Number        Street

_____

Peachtree Corners        GA        30071
City                                State      ZIP Code

Gwinnett County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                                State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                                State      ZIP Code

| | |
|---|---|
| **5. Debtor's website** (URL) | http://norcrossinn.com/ |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Norcross Lodging Associates, LLP | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

721110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.   District Ind. S.D. (Indpls.)   When 01/31/2014   Case number 14-00626-JJG-11
                                                     MM / DD / YYYY

          District Ind. S.D. (Indpls.)   When 03/04/2013   Case number 13-01829-JKC-11
                                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

      District _____   When _____
                                                  MM / DD / YYYY

      Case number, if known _____

| Debtor | Norcross Lodging Associates, LLP | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number          Street

_____

_____
City                          State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Norcross Lodging Associates, LLP | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/27/2021
      MM  / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Mohan P. Hari
Printed name

Title  Managing Partner

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date  10/27/2021
     MM  / DD / YYYY

Andrew Kight
Printed name

Jacobson Hile Kight LLC
Firm name

108 E. 9th Street
Number      Street

Indianapolis
City

IN      46202
State      ZIP Code

317-608-1130
Contact phone

akight@jhklegal.com
Email address

20718-29
Bar number

IN
State

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

**Fill in this information to identify the case and this filing:**

Debtor Name  Norcross Lodging Associates, LLP

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (*If known*):

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/27/2021          ✗ _____
        MM / DD / YYYY            Signature of individual signing on behalf of debtor

                      MOHAN P. HARI
                      Printed name

                      MANAGING PARTNER
                      Position or relationship to debtor

---

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

---

**Fill in this information to identify the case:**

Debtor name _____Norcross Lodging Associates, LLP_____

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Navnit Patel 341 David Walker Dr. Tavares, FL, 32778 | | Monies Loaned / Advanced | | | | 58,000.00 |
| 2 | Ashok Patel 280 Gaitskell Lane Johns Creek, GA, 30022 | | Monies Loaned / Advanced | | | | 40,000.00 |
| 3 | Sudhir Hari 6650 Bay Circle Peachtree Corners, GA, 30071 | | Monies Loaned / Advanced | | | | 39,723.66 |
| 4 | Chetan Patel 601 Avenue Q Lubbock, TX, 79401 | | Monies Loaned / Advanced | | | | 32,000.00 |
| 5 | Breejal Hari Jethwa 2019 Eagle Glen Rd. Alpharetta, GA, 30022 | | Monies Loaned / Advanced | | | | 30,000.00 |
| 6 | U.S. Department of Labor 200 Constitution Ave NW Washington, DC, 20210 | | Taxes & Other Government Units | Disputed | | | 28,504.98 |
| 7 | Avnika Hari Riddle 131 Ponce De Leon Ave. Apt. # 343 Atlanta, GA, 30308 | | Monies Loaned / Advanced | | | | 25,000.00 |
| 8 | OYO Hotels, Inc. 3532 McKinney Ave. 12th Floor Dallas, TX, 75204 | | Services | Disputed | | | 15,067.01 |

Debtor    Norcross Lodging Associates, LLP
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  DirecTV, LLC P.O. Box 105249 Atlanta, GA, 30348 | | Cable / Satellite Services | Disputed | | | 9,135.87 |
| 10  Berkshire Hathaway GUARD P.O. Box 785570 Philadelphia, PA, 19178-5570 | | Businessowner's Insurance | | | | 7,059.96 |
| 11  Weener Nathan Philips LLP 5887 Glenridge Dr. Suite 275 Atlanta, GA, 30328 | | Services | Disputed | | | 5,104.64 |
| 12  Ridgefield Park Lodging Associates LLP 521 E RXR Plaza Uniondale, NY, 11556 | | Prior Bankruptcy Claim | | | | 4,207.00 |
| 13  Sun Development & Management Corp. c/o Bharat Patel 5701 Progress Road Indianapolis, IN, 46241 | | Prior Bankruptcy Claim | | | | 2,617.46 |
| 14  Sudhir Hari 6650 Bay Circle Peachtree Corners, GA, 30071 | | Wages, Salaries, Commissions | | | | 1,800.00 |
| 15  Kokila M. Hari 6650 Bay Circle Peachtree Corners, GA, 30071 | | Wages, Salaries, Commissions | | | | 800.00 |
| 16  Interconnect Systems, Inc. P.O. Box 134 Tucker, GA, 30085 | | Services | Disputed | | | 796.00 |
| 17  Danielle Hernandez 527 Saint Marlowe Dr. Lawrenceville, GA, 30044 | | Wages, Salaries, Commissions | | | | 700.00 |
| 18  David Boyd 2075 Executive Dr. Duluth, GA, 30096 | | Wages, Salaries, Commissions | | | | 570.00 |
| 19  Verizon Communications, Inc. P.O. Box 15124 Albany, NY, 12212 | | Telephone / Internet services | Disputed | | | 564.00 |
| 20  Employers Insurance P.O. Box 785570 Philadelphia, PA, 19178 | | Worker's Comp. Insurance | | | | 563.80 |

**Fill in this information to identify the case:**

Debtor name ___Norcross Lodging Associates, LLP___

United States Bankruptcy Court for the: ___Southern District of Indiana___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................... $ 1,300,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................. $ 69,625.94

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................... $ 1,369,625.94

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............... $ 1,532,128.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................ $ 34,574.98

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................... +$ 271,681.37

4. **Total liabilities**................................................................................................. $ 1,838,384.35
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Norcross Lodging Associates, LLP___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 2,965.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank (fka SunTrust) | Checking | 2 7 6 4 | $ 14,648.75 |
| 3.2. | Truist Bank (fka SunTrust) | Savings | 0 2 6 1 | $ 6,652.19 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  $ 24,265.94

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor     Norcross Lodging Associates, LLP

Name

Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. Unused legal retainer (Reddy Law Firm-1325 Satellite Blvd. N.W., Ste 1506 Suwanee, GA 30024)     $ 2,500.00

    8.2._____     $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.     $ 2,500.00

---

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

         **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   885.00   –   0.00   = ........➜   $ 885.00

         face amount     doubtful or uncollectible accounts

    11b. Over 90 days old:   23,640.00   –   23,640.00   = ........➜   $ 0.00

         face amount     doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 885.00

---

### Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

         **Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____     _____     $_____

    14.2._____     _____     $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:     % of ownership:

    15.1._____   _____%     _____     $_____

    15.2._____   _____%     _____     $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____     _____     $_____

    16.2._____     _____     $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $_____

---

Debtor ___Norcross Lodging Associates, LLP_____  Case number (if known)_____
             Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Linens, room and cleaning supplies _____ | ___ MM / DD / YYYY | 2,660.00 $_____ | Owner's Estimate | 1,300.00 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ __1,300.00__

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor      Norcross Lodging Associates, LLP
            _____
            Name

                                                    Case number (if known)_____

---

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Misc. office furniture | $_____ | Owner's Estimate | $ 100.00 |
| **40. Office fixtures**<br>Hotel room furniture, mattresses, etc. | $_____ | Owner's Estimate | $ 5,500.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Misc. office equipment | $_____ | Owner's Estimate | $ 700.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 6,300.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor      Norcross Lodging Associates, LLP
            _____          Case number (if known)_____
            Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Laundry equipment | $_____ | Replacement cost | $ 34,375.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 34,375.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Norcross Lodging Associates, LLP
          _____
          Name

Case number (if known)_____

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   6650 Bay Circle, Peachtree Corners, GA | Fee simple | $_____ | Owner's Estimate | 1,300,000.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 1,300,000.00 |
| --- |
| $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website | $_____ | _____ | 0.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $_____ | _____ | 0.00<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| 0.00 |
| --- |
| $_____ |

Debtor    Norcross Lodging Associates, LLP
_____
Name

Case number *(if known)*_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ — _____ = ➜  $_____
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unused NOL of 378,808 (no value to debtor due to pass-through status)

Tax year 2020    $ 0.00
Tax year _____  $_____
Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet    $ Unknown

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    Norcross Lodging Associates, LLP
_____
Name

Case number (if known)_____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 24,265.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 885.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 6,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 34,375.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➜ | | $ 1,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 69,625.94 | + 91b. $ 1,300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................................  1,369,625.94    $ 1,369,625.94

---

Debtor 1    Norcross Lodging Associates, LLP       Case number *(if known)*_____

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| **Claim against Weener Nathan Philips LLP** | **Claim for refund of legal fees—demand not yet made** | 0.00 | Unknown |
| **Claim against Detroit Lenders, LLC** | **Claim for violation of discharge injunction—demand not yet made** | 0.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name ___Norcross Lodging Associates, LLP___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Alliance Laundry Systems LLC | Describe debtor's property that is subject to a lien<br>Laundry equipment | $ 37,955.44 | $ 34,375.00 |

**Creditor's mailing address**
P.O. Box 990
Ripon, WI 54971

**Creditor's email address, if known**
_____

Describe the lien
___Agreement you made,___

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** ___04/01/2021___
**Last 4 digits of account number** ___2001___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>SG Peachtree Corners Hospitality Holdings, LLC | Describe debtor's property that is subject to a lien<br>All assets. | $1,344,172.56 | $1,332,750.94 |

**Creditor's mailing address**
6961 Peachtree Industrial Blvd.
Suite 101, Norcross, GA 30092

**Creditor's email address, if known**
_____

Describe the lien
___Agreement you made, Assigned interest.___

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** ___10/01/2014___
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 1,532,128.00

Debtor    Norcross Lodging Associates, LLP
          Name

Case number *(if known)*_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**

2 North 20th Street
Suite 320, Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ____8403____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets.

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$150,000.00 | $0.00

---

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ | $_____

---

Debtor    Norcross Lodging Associates, LLP
_____
Name

Case number (if known) _____

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| James C. Joedecke, Jr.<br>Andersen, Tate & Carr, P.C.<br>1960 Satellite Blvd., Ste. 4000<br>Duluth, GA, 30097 | Line 2. _2_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Norcross Lodging Associates, LLP

United States Bankruptcy Court for the:   Southern District of Indiana

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Alexis Arciniega-Miranda<br>1505 Chattahoochee Ave. NW<br>Atlanta, GA, 30318 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 400.00    $ 400.00 |
| | **Date or dates debt was incurred**<br>10/16/2021 | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Arvind Patel<br>6650 Bay Circle<br>Peachtree Corners, GA, 30071 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 480.00    $ 480.00 |
| | **Date or dates debt was incurred**<br>10/16/2021 | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Danielle Hernandez<br>527 Saint Marlowe Dr.<br>Lawrenceville, GA, 30044 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 700.00    $ 700.00 |
| | **Date or dates debt was incurred**<br>10/16/2021 | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |

Debtor _Norcross Lodging Associates, LLP_
Name

Case number _(if known)_____

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.4 Priority creditor's name and mailing address**
David Boyd
2075 Executive Dr.
Duluth, GA, 30096

$ 570.00   $ 570.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/16/2021

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5 Priority creditor's name and mailing address**
Georgia Department of Revenue
P.O. Box 740387
Atlanta, GA, 30374-0387

$ Unknown   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Oct. 2021

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** 91BC (Withholding)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6 Priority creditor's name and mailing address**
Georgia Department of Revenue
P.O. Box 1045
Lawrenceville, GA, 30046

$ Unknown   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Oct. 2021

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** 9760 (Hotel Tax)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.7 Priority creditor's name and mailing address**
Georgia Department of Revenue
P.O. Box 105284
Atlanta, GA, 30348

$ Unknown   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Oct. 2021

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** 3070 (Sales/Use)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor    Norcross Lodging Associates, LLP
_____    Case number (if known) _____
Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |

---

**2.8   Priority creditor's name and mailing address**

Gwinnett County Tax Commissioner
Gwinnett Justice & Administration Center
75 Langley Drive
Lawrenceville, GA, 30046

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Oct. 2021

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   8093 (Lodging Tax)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.9   Priority creditor's name and mailing address**

Gwinnett County Tax Commissioner
Gwinnett Justice & Administration Center
75 Langley Drive
Lawrenceville, GA, 30046

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   066/759 (RE/PP Tax)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.10   Priority creditor's name and mailing address**

Indiana Department of Revenue
100 N. Senate Avenue
Room N203 - Bankruptcy
Indianapolis, IN, 46204

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.11   Priority creditor's name and mailing address**

Internal Revenue Service
Attn: Bankruptcy Department
P.O. Box 7346
Philadelphia, PA, 19101

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Oct. 2021

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   7698 (941 Taxes)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor _____    Case number (if known)_____
       Norcross Lodging Associates, LLP
       Name

| Part 1. | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12 Priority creditor's name and mailing address**
Kamini Patel
6650 Bay Circle
Peachtree Corners, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2021

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

$ 480.00     $ 480.00

---

**2.13 Priority creditor's name and mailing address**
Kokila M. Hari
6650 Bay Circle
Peachtree Corners, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2021

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

$ 800.00     $ 800.00

---

**2.14 Priority creditor's name and mailing address**
Marcus Bowens
6650 Bay Circle Dr.
Peachtree Corners, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2021

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

$ 440.00     $ 440.00

---

**2.15 Priority creditor's name and mailing address**
Richard Vranesevich
6650 Bay Circle Dr.
Peachtree Corners, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2021

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

$ 400.00     $ 400.00

Debtor __Norcross Lodging Associates, LLP__    Case number *(if known)* _____
          Name

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.16** **Priority creditor's name and mailing address**

Sudhir Hari
6650 Bay Circle
Peachtree Corners, GA, 30071

$ 1,800.00    $ 1,800.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2021

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.17** **Priority creditor's name and mailing address**

U.S. Department of Labor
200 Constitution Ave NW
Washington, DC, 20210

$ 28,504.98    $ 28,504.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2019-2021

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 7698

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.___** **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___** **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor  Norcross Lodging Associates, LLP                          Case number (if known)
        Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Alpha Fire & Security, Inc.
1951 Gees Mill Road
Conyers, GA, 30013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ 23.50

Date or dates debt was incurred   07/08/2008
Last 4 digits of account number   5830

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
AmTrust Financial Services, Inc.
59 Maiden Lane
New York, NY, 10038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Premium (Workers Comp.)

$ Unknown

Date or dates debt was incurred   10/2021
Last 4 digits of account number   0073

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Anand Systems Inc.
35 East 10th St.
Suite F
Tracy, CA, 95376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Undetermined

Date or dates debt was incurred   10/2021
Last 4 digits of account number   3721

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Arturo Garcia
2042 Marshes Glenn Dr.
Norcross, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Unknown

Date or dates debt was incurred   10/2021
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Ascentium Capital LLC
P.O. Box 301593
Dallas, TX, 75303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred   10/2021
Last 4 digits of account number   7876

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Ashok Patel
280 Gaitskell Lane
Johns Creek, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 40,000.00

Date or dates debt was incurred   01/01/2020
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Norcross Lodging Associates, LLP_____   Case number (if known)_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** ⁷  **Nonpriority creditor's name and mailing address**

AT&T Servs., Inc. fka BellSouth Telecomms.
Karen A. Cavagnaro-Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ, 07921

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  01/01/2014
Last 4 digits of account number  7214

$ 10.22

---

**3.** ⁸  **Nonpriority creditor's name and mailing address**

AVM Enterprises, Inc.
P.O. Box 22283
Chattanooga, TN, 37422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  R033

$ Unknown

---

**3.** ⁹  **Nonpriority creditor's name and mailing address**

Avnika Hari Riddle
131 Ponce De Leon Ave.
Apt. # 343
Atlanta, GA, 30308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  06/01/2021
Last 4 digits of account number  _____

$ 25,000.00

---

**3.** ¹⁰  **Nonpriority creditor's name and mailing address**

Berkshire Hathaway GUARD
P.O. Box 785570
Philadelphia, PA, 19178-5570

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Businessowner's Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  01/2021
Last 4 digits of account number  0368

$ 7,059.96

---

**3.** ¹¹  **Nonpriority creditor's name and mailing address**

Breejal Hari Jethwa
2019 Eagle Glen Rd.
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  02/01/2021
Last 4 digits of account number  _____

$ 30,000.00

---

Debtor _____
Norcross Lodging Associates, LLP

Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 12  **Nonpriority creditor's name and mailing address**

Champion Supply, LLC
6733 Jones Mill Ct.
Suite F
Norcross, GA, 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____10/2021_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Chetan Patel
601 Avenue Q
Lubbock, TX, 79401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 32,000.00

Date or dates debt was incurred _____03/01/2021_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Comcast Corporation
P.O. Box 37601
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

$ Unknown

Date or dates debt was incurred _____10/2021_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____0592_____

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Comcast Corporation
P.O. Box 71211
Charlotte, NC, 28272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone

$ Unknown

Date or dates debt was incurred _____10/2021_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____7898_____

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Danny Roach
1538 Dr. Johns Road
Westminster, SC, 29693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor _Norcross Lodging Associates, LLP_____   Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** Nonpriority creditor's name and mailing address

Delta Fire Protection Services
1916 Tucker Industrial Rd.
Tucker, GA, 30084

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.32

**Basis for the claim:** Prior Bankruptcy Claim

Date or dates debt was incurred    04/30/2010

Last 4 digits of account number    0851

Is the claim subject to offset?
☑ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

Detroit Lender, LLC
2253 Grady Ridge Trail
Duluth, GA, 30097

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Released interest.

Date or dates debt was incurred    10/01/2014

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

DirecTV, LLC
P.O. Box 105249
Atlanta, GA, 30348

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 9,135.87

**Basis for the claim:** Cable / Satellite Services

Date or dates debt was incurred    01/2021

Last 4 digits of account number    6164

Is the claim subject to offset?
☑ No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address

Edwin Lopez-Henderson
1400 Chase Lane
Norcross, GA, 30093

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.21** Nonpriority creditor's name and mailing address

Employers Insurance
P.O. Box 785570
Philadelphia, PA, 19178

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 563.80

**Basis for the claim:** Worker's Comp. Insurance

Date or dates debt was incurred    01/2021

Last 4 digits of account number    0900

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 9 of 20

Debtor  Norcross Lodging Associates, LLP
        Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Equitax Property Tax Advisors
3240 Point Parkway
Suite 200
Norcross, GA, 30092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ 41.21

Date or dates debt was incurred    10/07/2009

Last 4 digits of account number    7557

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Estes Backflow Testing, LLC
205 Blankenship Rd.
Jackson, GA, 30233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Unknown

Date or dates debt was incurred    10/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

First Data Global Leasing
P.O. Box 173845
Denver, CO, 80217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 243.25

Date or dates debt was incurred    01/2020

Last 4 digits of account number    9154

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Gas South, LLC
P.O. Box 530552
Atlanta, GA, 30353

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

Date or dates debt was incurred    10/2021

Last 4 digits of account number    8880

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Georgia Power
96 Annex
Atlanta, GA, 30396

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

Date or dates debt was incurred    10/2021

Last 4 digits of account number    1120

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Norcross Lodging Associates, LLLP_____   Case number (if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** **Nonpriority creditor's name and mailing address**

GLC Premium Financing Corp.
5787 N 300 E
Montpelier, IN, 47359

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ 290.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.28** **Nonpriority creditor's name and mailing address**

Globe Chemical Co., Inc.
540 Collins Rd.
Marietta, GA, 30066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___10/2021___
Last 4 digits of account number ___2008___

**3.29** **Nonpriority creditor's name and mailing address**

Gustavo Franco
471 Bedford Bay Lane
Lawrenceville, GA, 30046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.30** **Nonpriority creditor's name and mailing address**

Gwinnett County Dept. of Water Resources
Gwinnett Justice & Administration Center
75 Langley Drive
Lawrenceville, GA, 30046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___10/2021___
Last 4 digits of account number ___3361___

**3.31** **Nonpriority creditor's name and mailing address**

Infinite Energy, Inc.
7001 SW 24th Ave.
Gainesville, FL, 32607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___9173___

Debtor ___Norcross Lodging Associates, LLP_____     Case number (if known)_____
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Interconnect Systems, Inc.
P.O. Box 134
Tucker, GA, 30085

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Date or dates debt was incurred    2016

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 796.00

---

**3.33** Nonpriority creditor's name and mailing address

Jersey Gardens EB-5 Investments, LLP
c/o Bharat Patel
5701 Progress Road
Indianapolis, IN, 46241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Prior Bankruptcy Claim

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 478.04

---

**3.34** Nonpriority creditor's name and mailing address

Karen Morales
1032 Riverbend Rd.
Commerce, GA, 30530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.35** Nonpriority creditor's name and mailing address

Kone, Inc.
1800 Sandy Plains Pkwy.
Suite 200
Marietta, GA, 30066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    10/2021

Last 4 digits of account number    6751

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.36** Nonpriority creditor's name and mailing address

Kratos Gas & Power
225 Union Blvd.
Suite 200
Denver, CO, 80228

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Prior Bankruptcy Claim

Date or dates debt was incurred    _____

Last 4 digits of account number    5169

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

Debtor _____Norcross Lodging Associates, LLP_____     Case number (if known)_____
                Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.37** Nonpriority creditor's name and mailing address

Lexyl Travel Technologies, LLC
777 S. Flagler Drive
Suite 800, West Tower
West Palm Beach, FL, 33401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ 2.38

Date or dates debt was incurred      06/02/2012

Last 4 digits of account number     1811

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Mays Pool
2921 Marti Lane
Suite 6B
Montgomery, AL, 36116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ 94.76

Date or dates debt was incurred      05/01/2013

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Mt. Laurel Lodging Associates, LLC
521 E RXR Plaza
Uniondale, NY, 11556

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ Unknown

Date or dates debt was incurred      _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

MVM Technology
27 Williams St.
Sayreville, NJ, 08872

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cable / Satellite Services

$ Unknown

Date or dates debt was incurred      10/2021

Last 4 digits of account number     6091

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Navnit Patel
341 David Walker Dr.
Tavares, FL, 32778

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 58,000.00

Date or dates debt was incurred      2017

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Norcross Lodging Associates, LLP___   Case number (if known) _____
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42**  Nonpriority creditor's name and mailing address

North American Bancard, LLC
250 Stephenson Hwy.
Troy, MI, 48083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Processing

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  10/2021
Last 4 digits of account number  8445

$ Unknown

---

**3.43**  Nonpriority creditor's name and mailing address

Omar Duque Sanchez
1744 Lamancha Dr., NW
Lawrenceville, GA, 30045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 81.40

---

**3.44**  Nonpriority creditor's name and mailing address

Orkin, LLC
1007 Mansell Rd.
Roswell, GA, 30076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  10/2021
Last 4 digits of account number  1831

$ Unknown

---

**3.45**  Nonpriority creditor's name and mailing address

OYO Hotels, Inc.
3532 McKinney Ave.
12th Floor
Dallas, TX, 75204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  12/2019
Last 4 digits of account number  4

$ 15,067.01

---

**3.46**  Nonpriority creditor's name and mailing address

Phoenix Grantor Trust
99 High Street
7th Floor
Boston, MA, 02110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Released interest.

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  10/01/2014
Last 4 digits of account number  _____

$ 0.00

---

Debtor _Norcross Lodging Associates, LLP_____   Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Phoenix NPL, LLC
99 High Street
7th Floor
Boston, MA, 02110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Released interest.

Date or dates debt was incurred    10/01/2014

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.48** **Nonpriority creditor's name and mailing address**

Ridgefield Park Lodging Associates LLP
521 E RXR Plaza
Uniondale, NY, 11556

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,207.00

---

**3.49** **Nonpriority creditor's name and mailing address**

Rosenburg Lodging Associates LLP
c/o Bharat Patel
5701 Progress Road
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 416.14

---

**3.50** **Nonpriority creditor's name and mailing address**

Safeway Group, Inc.
6961 Peachtree Industrial Blvd.
Suite 101
Norcross, GA, 30092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Released interest.

Date or dates debt was incurred    10/01/2014

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.51** **Nonpriority creditor's name and mailing address**

Sudhir Hari
6650 Bay Circle
Peachtree Corners, GA, 30071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    12/01/2019

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,723.66

---

Debtor  Norcross Lodging Associates, LLP _____   Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Sun Development & Management Corp.
c/o Bharat Patel
5701 Progress Road
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,617.46

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.53** Nonpriority creditor's name and mailing address

Tariq International
5582 Button Gwinnett Pl.
Norcross, GA, 30093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred   10/2021
Last 4 digits of account number _____

---

**3.54** Nonpriority creditor's name and mailing address

Tax Relief Group
P.O. Box 2026
Roswell, GA, 30077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.29

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.55** Nonpriority creditor's name and mailing address

The Natl. Republic Bank of Chicago
1201 West Harrison Street
Chicago, IL, 60607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Released interest.

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   10/01/2014
Last 4 digits of account number _____

---

**3.56** Nonpriority creditor's name and mailing address

Travel Today
P.O. Box 504558
Saint Louis, MO, 63150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.20

Date or dates debt was incurred   09/01/2012
Last 4 digits of account number   J6LV

---

Debtor  Norcross Lodging Associates, LLP                                 Case number (if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **57**    **Nonpriority creditor's name and mailing address**

U.S. Bank Card Center
2 Huntington Quadrangle
3rd Floor
Melville, NY, 11747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 7.38

---

**3.** **58**    **Nonpriority creditor's name and mailing address**

Uzoma Technology
7001 Peachtree Industrial Blvd.
Suite 4
Norcross, GA, 30092

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** 07/01/2013
**Last 4 digits of account number** _____

$ 88.88

---

**3.** **59**    **Nonpriority creditor's name and mailing address**

Verizon Communications, Inc.
P.O. Box 15124
Albany, NY, 12212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** 2015
**Last 4 digits of account number** 0001

$ 564.00

---

**3.** **60**    **Nonpriority creditor's name and mailing address**

Waste Management
P.O. Box 4648
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trash Collection

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 10/2001
**Last 4 digits of account number** 2003

$ Unknown

---

**3.** **61**    **Nonpriority creditor's name and mailing address**

Weener Nathan Philips LLP
5887 Glenridge Dr.
Suite 275
Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** 05/2021
**Last 4 digits of account number** 9166

$ 5,104.64

---

Debtor _____    Case number _(if known)_____
     Norcross Lodging Associates, LLP
     Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

3.__62__ **Nonpriority creditor's name and mailing address**

World Cinema
9801 Westheimer
Suite 409
Houston, TX, 77042

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prior Bankruptcy Claim

$ __Unknown__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ____8217____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Norcross Lodging Associates, LLP
_____
         Name

Case number *(if known)* _____

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Bryan M. Knight<br>Knight Palmer, LLC<br>1360 Peachtree St., Suite 1201<br>Atlanta, GA, 30309 | Line 3.18<br>☐ Not listed. Explain: | _____ |
| 4.2. | Midland Hotel Group LLC<br>5855 Rockville Road<br>Indianapolis, IN, 46224 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.3. | Midland Hotel Group LLC<br>5860 Fortune Circle West<br>Indianapolis, IN, 46241 | Line 3.39<br>☐ Not listed. Explain | _____ |
| 4.4. | Sunrise Credit Services, Inc.<br>P.O. Box 9100<br>Farmingdale, NY, 11735 | Line 3.57<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___Norcross Lodging Associates, LLP_____    Case number *(if known)*_____
      Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 34,574.98 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 271,681.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 306,256.35 |

**Fill in this information to identify the case:**

Debtor name ___Norcross Lodging Associates, LLP___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Maintenance Agreement | Kone, Inc.<br>1800 Sandy Plains Pkwy.<br>Suite 200<br>Marietta, GA, 30066 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Software agreement | Anand Systems Inc.<br>35 East 10th St.<br>Suite F<br>Tracy, CA, 95376 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Equipment maintenance agreement | Alliance Laundry Systems LLC<br>P.O. Box 990<br><br>Ripon, WI, 54971 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Credit card processing agreement | North American Bancard, LLC<br>250 Stephenson Hwy.<br>Troy, MI, 48083 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lawn maintenance agreement | Arturo Garcia<br>2042 Marshes Glenn Dr.<br>Norcross, GA, 30071 |

Debtor   Norcross Lodging Associates, LLP
         _____
         Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
Pest control agreement

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number o any government contract

Orkin, LLC
1007 Mansell Rd.
Roswell, GA, 30076

---

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___Norcross Lodging Associates, LLP___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Mohan P. Hari | Mohan P. Hari<br>6650 Bay Circle<br>Peachtree Corners, GA 30071 | SG Peachtree Corners Hospitality Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>Kokila M. Hari | Kokila M. Hari<br>6650 Bay Circle<br>Peachtree Corners, GA 30071 | SG Peachtree Corners Ho | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

| **Fill in this information to identify the case:** |
| --- |

Debtor name ___Norcross Lodging Associates, LLP___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| **Part 1:** | **Income** |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 415,519.26 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 500,993.23 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 559,050.15 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to | Filing date | _____ | $ 0.00 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | _____ | $ 0.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | _____ | $ 0.00 |

Debtor    Norcross Lodging Associates, LLP

Name

Case number *(if known)*_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | Georgia Department of Revenue<br>Creditor's name<br>P.O. Box 1045<br>Lawrenceville, GA 30046 | 10/20/2021<br><br>09/20/2021<br><br>08/20/2021 | $ 6,707.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Georgia Power<br>Creditor's name<br>96 Annex<br>Atlanta, GA 30396 | 10/18/2021<br><br>09/18/2021<br><br>08/18/2021 | $ 8,692.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Utility Services |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | Kokila M. Hari<br>Insider's name<br>6650 Bay Circle<br>Peachtree Corners, GA 30071<br><br>Relationship to debtor<br>Owner/Employee | 10/15/2020<br><br>10/15/2021 | $ 20,800.00 | Wages |
| 4.2. | Sudhir Hari<br>Insider's name<br>6650 Bay Circle<br>Peachtree Corners, GA 30071<br><br>Relationship to debtor<br>Family member/Employee | 10/15/2020<br><br>10/15/2021 | $ 42,000.00 | Wages |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Norcross Lodging Associates, LLP
_____
Name

Case number (if known)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. SG Peachtree Corners Hospitality Holdings LLC v. Norcross Lodging Assocs. LLP et al. | Foreclosure and civil collection | Gwinnett County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 21-A-04302-7 | | 75 Langley Dr. Lawrenceville, GA 30046 | |
| 7.2. Norcross Lodging Assocs. LLP v. Capital Crossing Serv. Co. LLC et al. | | Fulton County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 2021-CV-347629 | Declaratory Judgment | 7741 Roswell Rd NE Atlanta, GA 30350 | |

---

Debtor    Norcross Lodging Associates, LLP
_____    Case number *(if known)* _____
Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ | | _____ | $ _____ |
| Recipient's name | | | |
| | | _____ | $ _____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** _____ | | _____ | $ _____ |
| Recipient's name | | | |
| | | _____ | $ _____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $ _____ |

---

| Debtor | Norcross Lodging Associates, LLP | Case number (*if known*) |
|--------|----------------------------------|--------------------------|
|        | Name                             |                          |

---

| **Part 6:** | **Certain Payments or Transfers** |
|-------------|-----------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Jacobson Hile Kight LLC | Payment of retainer. | 8/16, 1/19/2021 | $ 40,326.68 |
| **Address** | | | |
| The Elliott House 108 E. 9th Street Indianapolis, IN 46202 | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $_____ |
| **Address** | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

---

Debtor    Norcross Lodging Associates, LLP _____    Case number *(if known)*_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Norcross Lodging Associates, LLP
_____          Case number *(if known)*_____
Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Customer name, address, and contact information.
_____

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Norcross Lodging Associates, LLP
_____
Name

Case number (if known)_____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Debtor    Norcross Lodging Associates, LLP
_____    Case number (if known)_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Debtor    Norcross Lodging Associates, LLP
_____    Case number (*if known*)_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor    Norcross Lodging Associates, LLP
          _____    Case number (if known)_____
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Serita Lombard CPA PC<br>Name<br>67B Antioch Rd., Dallas, GA 30157 | From 01/01/2010<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Serita Lombard CPA PC<br>Name<br>67B Antioch Rd., Dallas, GA 30157 | From 01/01/2010<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Serita Lombard CPA PC<br>Name<br>67B Antioch Rd., Dallas, GA 30157 | |

Debtor     Norcross Lodging Associates, LLP
           _____     Case number *(if known)*_____
           Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.     _____
           Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.     U.S. Small Business Administration
           _____
           Name
           2 N. 20th St., Ste. 320, Birmingham, AL 35203

| Name and address |
|---|

26d.2.     Detroit Lender, LLC
           _____
           Name
           2253 Grady Ridge Trail, Duluth, GA 30097

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.     _____
          Name

Debtor    Norcross Lodging Associates, LLP
_____    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mohan P. Hari | 6650 Bay Circle, Peachtree Corners, GA 30071 | Managing Partner | 51 |
| Kokila M. Hari | 6650 Bay Circle, Peachtree Corners, GA 30071 | Partner | 49 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Mohan P. Hari | _____ | _____ | Lodging |
| Name | | | |
| 6650 Bay Circle | | _____ | |
| Peachtree Corners, GA 30071 | | _____ | |

| Relationship to debtor |
|---|
| Owner |

Debtor    Norcross Lodging Associates, LLP
_____    Case number (if known)_____
Name

| | | |
|---|---|---|
| **Name and address of recipient** | | Lodging |
| 30.2  Kokila M. Hari | | |
| Name | | |
| 6650 Bay Circle | | |
| Peachtree Corners, GA 30071 | | |
| | | |
| | | |
| **Relationship to debtor** | | |
| Owner/Employee | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/27/2021
_____
MM  /  DD  / YYYY

✖ _____    Printed name    Mohan P. Hari
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Managing Partner
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name    Norcross Lodging Associates, LLP

Case number *(if known)*_____

### Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Karen Morales, 1032 Riverbend Rd., Commerce, GA 30530 | $43,970.00 | Services |
| Gustavo Franco, 471 Bedford Bay Lane, Lawrenceville, GA 30046 | $20,720.00 | Services |
| Berkshire Hathaway GUARD, P.O. Box 785570, Philadelphia, PA 19178-5570 | $10,589.94 | Other |
| Gwinnett County Dept. of Water Resources, Gwinnett Justice & Administration Center 75 Langley Drive, Lawrenceville, GA 30046 | $8,358.30 | Utility services |
| Edwin Lopez-Henderson, 1400 Chase Lane, Norcross, GA 30093 | $12,500.00 | Services |
| Danny Roach, 1538 Dr. Johns Road, Westminster, SC 29693 | $8,500.00 | Services |
| Sudhir Hari, 6650 Bay Circle, Peachtree Corners, GA 30071 | $50,164.51 | Monies loaned / advanced |
| Gwinnett County Tax Commissioner, Gwinnett Justice & Administration Center 75 Langley Drive, Lawrenceville, GA 30046 | $30,073.16 | |

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| Mohan Hari | 6650 Bay Circle, Peachtree Corners, GA 30071 | $29,540.77 |
| Sudhir Hari | 6650 Bay Circle, Peachtree Corners, GA 30071 | $138,585.88 |

**26d) Creditors**

| | |
|---|---|
| Capital Crossing | 100 Summer St., Suite 1150, Boston, MA 02110 |
| Ascentium Capital LLC | P.O. Box 301593, Dallas, TX 75303 |

Debtor Name   Norcross Lodging Associates, LLP

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**Alliance Laundry Systems LLC**                    **P.O. Box 990, Ripon, WI 54971**

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Sudhir Hari**

**6650 Bay Circle**
**Peachtree Corners, GA 30071**

**Amount of money or description:**

**Dates:  - ,  - ,  -**

**Reason: Lodging**

**---**

Rev. 4/2011

Norcross Lodging Associates, LLP    **Debtor(s)**    **Case No.** _____

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition.
Bank book balance and cash on hand at *beginning of full calendar month preceding filing*

$ 139,644.47

RECEIPTS & OTHER FUNDING:

| | | |
|---|---|---|
| 1. | Sales/Receipts | $50,788.27 |
| 2. | Accounts Receivable Collections | $885.00 |
| 3. | Loans/Financing | $ |
| 4. | Capital Contributions | $ |
| 5. | Other Receipts (describe below) | $ |

_____  $ _____
_____  $ _____
_____  $ _____

**I. TOTAL RECEIPTS & FUNDING** (sum of lines 1-5)          **$51,673.27**

EXPENDITURES:

| | | |
|---|---|---|
| 6. | Inventory Purchases | $3,555.00 |
| 7. | Taxes | $6,394.74 |
| 8. | PAYROLL | |
| | a. Compensation of Insiders | $5,200.00 |
| | b. Salaries & Wages | $6,222.80 |
| | c. Outside Labor | $882.00 |
| 9. | Payments to Professionals | $5,052.08 |
| 10. | Insurance | $3,811.88 |
| 11. | Real Property Rent Payments | $ |
| 12. | Equipment Lease Payments | $1,139.97 |
| 13. | Mortgage Payments | $ |
| 14. | Utilities/Telephone | $7,821.18 |
| 15. | Supplies | $2,788.92 |
| 16. | Repairs & Maintenance | $12,268.65 |
| 17. | Travel & Entertainment | $ |

18. Other Expenses (describe below)                    $1,649.94

    Office                                            $614.34

    Credit Card Processing Fees                       $1,035.60

    _____                           $

**II. TOTAL EXPENDITURES** (sum of lines 6-18)                    **$56,787.16**

**NET CASH FLOW** (Total Receipts less Total Expenditures)        **$(5,113.89)**

Bank book balance and cash on hand at *date of filing*            **$24,265.94**


**(Note:  Declaration required if form is filed separately from other schedules.)**


I/We declare under the penalty of perjury that the information provided in this form is true and correct.


Date: Oct 27, 2021                    _____ *(Signature of Debtor)*

                              Mohan P. Hari, Managing Partner    *(Printed Name of Debtor)*

                              _____ *(Signature of Joint Debtor, if any)*

                              _____ *(Printed Name of Joint Debtor, if any)*

Form **1065**

Department of the Treasury
Internal Revenue Service

**U.S. Return of Partnership Income**

OMB No. 1545-0123

**2020**

For calendar year 2020, or tax year beginning _____ , 2020, ending _____ , 20 ____ .
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

| | |
|---|---|
| **A** Principal business activity<br>**Hotel Lodging** | Name of partnership<br>**Norcross Lodging Associates LLP** |
| **B** Principal product or service<br>**Hotel rooms** | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**6650 Bay Circle** |
| **C** Business code number<br>**721110** | City or town, state or province, country, and ZIP or foreign postal code<br>**Norcross, GA 30071** |

Type or Print

**D** Employer identification num.
**20-0687698**

**E** Date business started
**03-01-2004**

**F** Total assets (see instructions)
$ **1,320,769**

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| | | | | | |
|---|---|---|---|---|---:|
| **1a** | Gross receipts or sales | | 1a | 500,993 | |
| **b** | Returns and allowances | | 1b | 145 | |
| **c** | Balance. Subtract line 1b from line 1a | | | 1c | 500,848 |
| **2** | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| **3** | Gross profit. Subtract line 2 from line 1c | | | 3 | 500,848 |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| **7** | Other income (loss) (attach statement) | | | 7 | |
| **8** | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 500,848 |

**Deductions** (see instructions for limitations)

| | | | | | |
|---|---|---|---|---|---:|
| **9** | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 116,332 |
| **10** | Guaranteed payments to partners | | | 10 | |
| **11** | Repairs and maintenance | | | 11 | 13,332 |
| **12** | Bad debts | | | 12 | |
| **13** | Rent | | | 13 | |
| **14** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . **Wks. Tax/Lic.** | | | 14 | 122,508 |
| **15** | Interest (see instructions) | | | 15 | 33,321 |
| **16a** | Depreciation (if required, attach Form 4562) | 16a | 91,405 | | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | 91,405 |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) | | | 17 | |
| **18** | Retirement plans, etc. | | | 18 | |
| **19** | Employee benefit programs | | | 19 | |
| **20** | Other deductions (attach statement) . . . . . . . . . . . . . . . **Statement #4.** | | | 20 | 308,164 |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 685,062 |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | (184,214) |

**Tax and Payment**

| | | | | |
|---|---|---|---|---:|
| **23** | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | | 23 | |
| **24** | Interest due under the look-back method - income forecast method (attach Form 8866) | | 24 | |
| **25** | BBA AAR imputed underpayment (see instructions) | | 25 | |
| **26** | Other taxes (see instructions) | | 26 | |
| **27** | **Total balance due.** Add lines 23 through 26 | | 27 | |
| **28** | Payment (see instructions) | | 28 | |
| **29** | Amount owed. If line 28 is smaller than line 27, enter amount owed | | 29 | |
| **30** | Overpayment. If line 28 is larger than line 27, enter overpayment | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ **Mohan Hari**
Signature of partner or limited liability company member

▶ **05-06-2021**
Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| **Serita Lombard CPA** | **Serita Lombard CPA** | **05-06-2021** | | **P00035219** |

Firm's name ▶ **Serita Lombard CPA PC**

Firm's address ▶ **67B Antioch Rd**
**Dallas, GA 30157**

Firm's EIN ▶ **83-1682869**

Phone no. **(770) 443-5437**

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1065** (2020)

Form 1065 (2020)  **Norcross Lodging Associates LLP**                                    20-0687698        Page **2**

| **Schedule B** | **Other Information** |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☐ Domestic limited liability company    **d** ☒ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . **SEE 1065B1** . . | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2020, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . | | X |

Form 1065 (2020)    **Norcross Lodging Associates LLP**                                          20-0687698                Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . | | **x** |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **x** |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . . . . . . . . . ▶ | | **x** |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    **0** | | |
| **16a** | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . | | **x** |
| **b** | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **18** | Enter the number of partners that are foreign governments under section 892 . . . . . . . . . . . . ▶ | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . . . . . . . . | | **x** |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . | | **x** |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . . . . . . . . | | **x** |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions     . . . . . . . . . . . . . . . . . . . . . . . . . . | | **x** |
| | If "Yes," enter the total amount of the disallowed deductions  . . . . . . . . . . . . . . . . . . . . ▶ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **x** |
| **24** | Does the partnership satisfy one or more of the following? See instructions      . . . . . . . . . . . . . . . . . . . . . . | | **x** |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is this partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions . . . . . . . . . . | | **x** |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ **Kokila Hari**

| U.S. address of PR | **1107 Kemp Rd**<br>**Suwanee GA 30024** | U.S. phone number of PR | **(770)441-1999** |
|---|---|---|---|
| If the PR is an entity, name of the designated individual for the PR    ▶ | | | |
| U.S. address of designated individual | | U.S. phone number of designated individual ▶ | |

| | | Yes | No |
|---|---|---|---|
| **26** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . | | **x** |
| | If "Yes," enter the amount from Form 8996, line 16 . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ | | |
| **27** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership  . . . . . . . . . . . . ▶ | | |
| **28** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **x** |
| **29** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | **x** |
| | Percentage:                                     By Vote _____     By Value _____ | | |

EEA                                                                                                   Form **1065** (2020)

Form 1065 (2020)  **Norcross Lodging Associates LLP**                    20-0687698              Page **4**

| Schedule K | | Partners' Distributive Share Items | | | | Total amount |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | **1** | Ordinary business income (loss) (page 1, line 22) | | | **1** | (184,214) |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | | | **2** | |
| | **3 a** | Other gross rental income (loss) | | **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) | | **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | | | **3c** | |
| | **4** | Guaranteed payments: **a** Services | **4a** | **b** Capital **4b** | | |
| | | **c** Total. Add lines 4a and 4b | | | **4c** | |
| | **5** | Interest income | | | **5** | |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | | | **6a** | |
| | **b** | Qualified dividends | **6b** | **c** Dividend equivalents **6c** | | |
| | **7** | Royalties | | | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | | **8** | |
| | **9 a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | | **9a** | |
| | **b** | Collectibles (28%) gain (loss) | | **9b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | | **9c** | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | | | **10** | |
| | **11** | Other income (loss) (see instructions) Type ▶ | | | **11** | |
| | **12** | Section 179 deduction (attach Form 4562) | | | **12** | |
| | **13 a** | Contributions | | | **13a** | |
| | **b** | Investment interest expense | | | **13b** | |
| | **c** | Section 59(e)(2) expenditures:  **(1)** Type▶ | | **(2)** Amount ▶ | **13c(2)** | |
| | **d** | Other deductions (see instructions) Type▶ | | | **13d** | |
| | **14 a** | Net earnings (loss) from self-employment | | | **14a** | (93,949) |
| | **b** | Gross farming or fishing income | | | **14b** | |
| | **c** | Gross nonfarm income | | | **14c** | 255,432 |
| | **15 a** | Low-income housing credit (section 42(j)(5)) | | | **15a** | |
| | **b** | Low-income housing credit (other) | | | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | **15c** | |
| | **d** | Other rental real estate credits (see instructions)    Type▶ | | | **15d** | |
| | **e** | Other rental credits (see instructions)    Type▶ | | | **15e** | |
| | **f** | Other credits (see instructions)  Type ▶ | | | **15f** | |
| | **16 a** | Name of country or U.S. possession  ▶ | | | | |
| | **b** | Gross income from all sources | | | **16b** | |
| | **c** | Gross income sourced at partner level | | | **16c** | |
| | | Foreign gross income sourced at partnership level | | | | |
| | **d** | Reserved for future use ▶ | | **e** Foreign branch category | **16e** | |
| | **f** | Passive category ▶ | **g** General category ▶ | **h** Other (attach statement) ▶ | **16h** | |
| | | Deductions allocated and apportioned at partner level | | | | |
| | **i** | Interest expense ▶ | **j** Other | | **16j** | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | | |
| | **k** | Reserved for future use ▶ | | **l** Foreign branch category | **16l** | |
| | **m** | Passive category ▶ | **n** General category▶ | **o** Other (attach statement) ▶ | **16o** | |
| | **p** | Total foreign taxes (check one):  ▶  Paid ☐  Accrued ☐ | | | **16p** | |
| | **q** | Reduction in taxes available for credit (attach statement) | | | **16q** | |
| | **r** | Other foreign tax information (attach statement) | | | | |
| | **17 a** | Post-1986 depreciation adjustment | | | **17a** | (2) |
| | **b** | Adjusted gain or loss | | | **17b** | |
| | **c** | Depletion (other than oil and gas) | | | **17c** | |
| | **d** | Oil, gas, and geothermal properties - gross income | | | **17d** | |
| | **e** | Oil, gas, and geothermal properties - deductions | | | **17e** | |
| | **f** | Other AMT items (attach statement) | | | **17f** | |
| | **18 a** | Tax-exempt income | | | **18a** | |
| | **b** | Other tax-exempt income | | | **18b** | |
| | **c** | Nondeductible expenses | | Statement #18c. | **18c** | 53 |
| | **19 a** | Distributions of cash and marketable securities | | | **19a** | |
| | **b** | Distributions of other property | | | **19b** | |
| | **20 a** | Investment income | | | **20a** | |
| | **b** | Investment expenses | | | **20b** | |
| | **c** | Other items and amounts (attach statement) | | | | |

Row labels (left vertical): Income (Loss) · Deductions · Self-Employment · Credits · Foreign Transactions · Alternative Minimum Tax (AMT) Items · Other Information

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | **1** | (184,214) |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | (93,949) | | | | |
| b | Limited partners | | (90,265) | | | | |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 15,871 | | 18,589 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 2,432,237 | | 2,446,223 | |
| b | Less accumulated depreciation | 1,207,334 | 1,224,903 | 1,298,739 | 1,147,484 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 154,696 | | 154,696 |
| 12a | Intangble assets (amortizable only) | 54,500 | | 54,500 | |
| b | Less accumulated amortization | 54,500 | | 54,500 | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 1,395,470 | | 1,320,769 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 2,877,497 | | 1,320,769 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | | | |
| 22 | Total liabilities and capital | | 2,877,497 | | 1,320,769 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | (184,267) | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | | | |
| b | Travel and entertainment $ _____ 53 | | 8 | Add lines 6 and 7 | |
| | | 53 | 9 | Income (loss) (Analysis of Net Income | |
| 5 | Add lines 1 through 4 | (184,214) | | (Loss), line 1). Subtract line 8 from line 5 | (184,214) |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | (1,482,027) | 6 | Distributions: a Cash | |
| 2 | Capital contrbuted: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books | (184,267) | | | |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | (1,666,294) | 9 | Balance at end of year. Subtract line 8 from line 5 | (1,666,294) |

**SCHEDULE B-1**
**(Form 1065)**
(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065**
▶ **Go to www.irs.gov/Form1065 for the latest information.**

OMB No. 1545-0123

| Name of partnership | Employer identification number (EIN) |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |

**Part I**  **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Org. | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Mohan Hari | ██████ | US | 51 |
| Kokila Hari | ██████ | US | 49 |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**
EEA

**Schedule B-1 (Form 1065) (Rev. 8-2019)**

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning _____, 2020   ending _____, 20 ___

□ Final K-1   □ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**   ► **See separate instructions.**

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | Part I | Information About the Partnership |
|---|---|---|

**A** Partnership's employer identification number

20-0687698

**B** Partnership's name, address, city, state, and ZIP code

Norcross Lodging Associates LLP

6650 Bay Circle
Norcross, GA 30071

**C** IRS Center where partnership filed return ► **E-FILE**

**D** □ Check if this is a publicly traded partnership (PTP)

| | Part II | Information About the Partner |
|---|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instr.)

▐�8888888▌

**F** Name, address, city, state, and ZIP code for partner entered in E. See instr.

Mohan Hari
6650 Bay Circle
Norcross, GA 30071

**G** ☒ General partner or LLC member-manager   □ Limited partner or other LLC member

**H1** ☒ Domestic partner   □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 51.0000000 % | 51.0000000 % |
| Loss | 51.0000000 % | 51.0000000 % |
| Capital | 51.0000000 % | 51.0000000 % |

Check if decrease is due to sale or exchange of partnership interest. . . □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . $ | | $ |
| Qualified nonrecourse financing . . $ | | $ |
| Recourse . . . . . $ | | $ |

□ Check this box if item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

Beginning Capital Method: Tax Basis

| | |
|---|---|
| Beginning capital account . . . . . $ | (755,833) |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . $ | (93,976) |
| Other increase (decrease)(attach explanation)$ | |
| Withdrawals & distributions . . . $ ( | ) |
| Ending capital account . . . . . . $ | (849,809) |

**M** Did the partner contribute property with a built-in gain or loss?

□ Yes ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning . . . . . . . . . . . . . $ _____

Ending . . . . . . . . . . . . . . $ _____

| 1 | Ordinary business income (loss) |
|---|---|
| | (93,949) |
| 2 | Net rental real estate income (loss) |
| 3 | Other net rental income (loss) |
| 4a | Guaranteed payments for services |
| 4b | Guaranteed payments for capital |
| 4c | Total guaranteed payments |
| 5 | Interest income |
| 6a | Ordinary dividends |
| 6b | Qualified dividends |
| 6c | Dividend equivalents |
| 7 | Royalties |
| 8 | Net short-term capital gain (loss) |
| 9a | Net long-term capital gain (loss) |
| 9b | Collectibles (28%) gain (loss) |
| 9c | Unrecaptured section 1250 gain |
| 10 | Net section 1231 gain (loss) |
| 11 | Other income (loss) |
| 12 | Section 179 deduction |
| 13 | Other deductions |
| 14 | Self-employment earnings (loss) |
| A | (93,949) |
| C | 255,432 |

| 15 | Credits |
|---|---|
| 16 | Foreign transactions |
| 17 | Alternative minimum tax (AMT) items |
| A | (1) |
| 18 | Tax-exempt income and nondeductible expenses |
| C | * STMT |
| 19 | Distributions |
| 20 | Other information |
| Z | * STMT |
| 21 | □ More than one activity for at-risk purposes* |
| 22 | □ More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2020**

EEA

## Schedule K-1 Supplemental Information

**2020**   PG01

Partner's name

Mohan Hari

Partner's ID Number

Name of Partnership

Norcross Lodging Associates LLP

Partnership EIN

20-0687698

### Line 18 - Other Information

Statement #99

**Code** **Description** | **Amount**
C     Meals (general) | 27

**Total** | 27

### Section L: Current Year Net Income (Loss)

**Description** | **Amount**
Ordinary business income (loss) | (93,949)
M-1 Other Increase (Decrease) - Meals (general) | (27)

**Total** | (93,976)

### Form 1065 Schedule K-1 Codes

```
Line 14, Code A  - Net earnings (loss) from self-employment
                    [Schedule SE (Form 1040)]
Line 14, Code C  - Gross non-farm income
                    [See K-1 instructions, page 13]
Line 17, Code A  - Post-1986 depreciation adjustment
                    [See Instructions for Form 6251]
Line 18, Code C  - Nondeductible expenses
                    [See K-1 instructions, page 16]
Line 20, Code Z  - Section 199A information
                    [Form 8995 or Form 8995-A]
```

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6

Schedule K-1, Line 20, Code Z

**2020**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |
| Name(s) as shown on K1 | Tax ID Number |
| Mohan Hari | ▮▮▮▮▮▮▮ |

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | Norcross Lodging Associates LLP | 20-0687698 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | (93,949) | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 59,329 | | | | | |
| Unadjusted Basis Immediately After Acquisition | 1,222,208 | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

K1 QBIP~.LD

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning _____ , 2020   ending _____ , 20 _____

□ Final K-1   □ Amended K-1   OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

**Partner's Share of Income, Deductions, Credits, etc.**   ► **See separate instructions.**

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number

20-0687698

**B** Partnership's name, address, city, state, and ZIP code

Norcross Lodging Associates LLP

6650 Bay Circle
Norcross, GA 30071

**C** IRS Center where partnership filed return ► **E-FILE**

**D** □ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instr.)

▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instr.

Kokila Hari
1107 Kemp Rd
Suwanee, GA 30024

**G** □ General partner or LLC member-manager   ☒ Limited partner or o her LLC member

**H1** ☒ Domestic partner   □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
  TIN _____ Name _____

**I1** What type of entity is this partner?   **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  □

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 49.0000000 % | 49.0000000 % |
| Loss | 49.0000000 % | 49.0000000 % |
| Capital | 49.0000000 % | 49.0000000 % |

Check if decrease is due to sale or exchange of partnership interest . . .  □

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . $ |  | $ |
| Qualified nonrecourse financing . . $ |  | $ |
| Recourse . . . . . $ |  | $ |

□ Check this box if item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

Beginning Capital Method: Tax Basis

| Beginning capital account . . . . . $ | (726,194) |
|---|---|
| Capital contributed during the year . . $ |  |
| Current year net income (loss) . . . $ | (90,291) |
| Other increase (decrease)(attach explanation) $ |  |
| Withdrawals & distributions . . . $ ( | ) |
| Ending capital account . . . . . . $ | (816,485) |

**M** Did he partner contribute property with a built-in gain or loss?
□ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . $ _____

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
|  | (90,265) |  |  |
| 2 | Net rental real estate income (loss) |  |  |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services |  |  |
| 4b | Guaranteed payments for capital |  |  |
| 4c | Total guaranteed payments |  |  |
| 5 | Interest income |  |  |
| 6a | Ordinary dividends |  |  |
| 6b | Qualified dividends |  |  |
| 6c | Dividend equivalents | 17 | Alterna ive minimum tax (AMT) items |
|  |  | A | (1) |
| 7 | Royal ies |  |  |
| 8 | Net short-term capital gain (loss) |  |  |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeduc ible expenses |
| 9b | Collectibles (28%) gain (loss) | C | * STMT |
| 9c | Unrecaptured section 1250 gain |  |  |
| 10 | Net section 1231 gain (loss) |  |  |
| 11 | Other income (loss) | 19 | Distribu ions |
|  |  | 20 | Other information |
| 12 | Section 179 deduction |  |  |
| 13 | Other deductions |  |  |
|  |  | Z | * STMT |
| 14 | Self-employment earnings (loss) |  |  |
|  |  | 21 | □ More than one activity for at-risk purposes* |
|  |  | 22 | □ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

| **Schedule K-1 Supplemental Information** | **2020** PG01 |
|---|---|

Partner's name

Kokila Hari

Partner's ID Number ██████████

Name of Partnership

Norcross Lodging Associates LLP

Partnership EIN

20-0687698

### Line 18 - Other Information                Statement #99

| **Code** **Description** | **Amount** |
|---|---|
| C      Meals (general) | 26 |
| **Total** | 26 |

### Section L: Current Year Net Income (Loss)

| **Description** | **Amount** |
|---|---|
| Ordinary business income (loss) | (90,265) |
| M-1 Other Increase (Decrease) - Meals (general) | (26) |
| **Total** | (90,291) |

### Form 1065 Schedule K-1 Codes

```
Line 17, Code A  - Post-1986 depreciation adjustment
                     [See Instructions for Form 6251]
Line 18, Code C  - Nondeductible expenses
                     [See K-1 instructions, page 16]
Line 20, Code Z  - Section 199A information
                     [Form 8995 or Form 8995-A]
```

1065K_1.LD2

EEA

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6

Schedule K-1, Line 20, Code Z

**2020**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |
| Name(s) as shown on K1 | Tax ID Number |
| Kokila Hari | ▇▇▇▇▇▇▇ |

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | Norcross Lodging Associates LLP | 20-0687698 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | (90,265) | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 57,003 | | | | | |
| Unadjusted Basis Immediately After Acquisition | 1,174,279 | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

K1 QBIP~.LD

Form **4562**

**Depreciation and Amortization**
**(Including Information on Listed Property)**

► Attach to your tax return.

► Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment
Sequence No. **179**

Department of the Treasury
Internal Revenue Service  (99)

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Norcross Lodging Associates LLP | FORM 1065 | 20-0687698 |

| Part I | **Election To Expense Certain Property Under Section 179** |
|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 . . . . . . . . . . . | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . | | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ► | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | **Special Depreciation Allowance and Other Depreciation**  (Don't include listed property. See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . | **14** | 13,986 |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

| Part III | **MACRS Depreciation**  (Don't include listed property. See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 . . . . . . . . . . . . | **17** | 77,419 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

**Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

| Part IV | **Summary**  (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . . . . . | **22** | 91,405 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2020)

EEA

Form **8879-PE**

### IRS *e-file* Signature Authorization for Form 1065

OMB No. 1545-0123

► ERO must obtain and retain completed Form 8879-PE.
► Go to *www.irs.gov/Form8879PE* for the latest information.

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____, 2020, and ending _____, 20 ___

| Name of partnership | Employer identification number |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |

**Part I**   Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) . . . . . . . . . . . . . . . . . . . . . . | 1 | 500,848 |
| 2 | Gross profit (Form 1065, line 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 500,848 |
| 3 | Ordinary business income (loss) (Form 1065, line 22) . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | (184,214) |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) . . . . . . . . . . . . . . . . . . . . . . | 5 | |

**Part II**   Declaration and Signature Authorization of Partner or Member
   (Be sure to get a copy of the partnership's return.)

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2020 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[x] I authorize   Serita Lombard CPA PC _____   to enter my PIN   14589   as my signature
ERO firm name                                            Don't enter all zeros
on the partnership's 2020 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2020 electronically filed return of partnership income.

Partner or member's signature ► _____

Title ► **President**                                   Date ► **05-06-2021**

**Part III**   Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   580805   35219
                                                                                            Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ►   **Serita Lombard CPA**                Date ► **05-06-2021**

### ERO Must Retain This Form - See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**                     Form **8879-PE** (2020)

EEA

| **Federal Supporting Statements** | **2020**   PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| Norcross Lodging Associates LLP | 20-0687698 |

Form 1065 - Schedule L - Line 19b        STMT

Mortgages/Notes/Bonds payable 1 year or more

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Note Payable | 2,877,497 | 1,320,769 |
| **Total** | **2,877,497** | **1,320,769** |


PG01

### Form 1065 - Line 20 - Other Deductions     Statement #4

| **Description** | **Amount** |
|---|---|
| Accounting | 4,577 |
| Advertising | 1,705 |
| Automobile and truck expense | 2,030 |
| Bank Charges | 195 |
| Credit and collection costs | 4,499 |
| Dues and subscriptions | 850 |
| Equipment rent | 663 |
| Insurance | 39,862 |
| Health | 4,209 |
| Legal and professional | 875 |
| Meals @ 50% limitation | 53 |
| Miscellaneous | 45 |
| Office expense | 2,912 |
| Supplies | 14,361 |
| Telephone | 19,571 |
| Utilities | 97,677 |
| Breakfast | 4,170 |
| Cable TV | 13,174 |
| Housekeeping | 83,639 |
| Pest Control | 3,872 |
| Pool & Landscaping expenses | 9,225 |
| **Total** | **308,164** |

STATMENT.LD

| | **Federal Supporting Statements** | **2020** **PG01** |
|---|---|---|
| Name(s) as shown on return | | Tax ID Number |
| Norcross Lodging Associates LLP | | 20-0687698 |

### Schedule K - Line 18c - Nondeductible Expenses Statement #18c

| **Description** | **Amount** |
|---|---|
| Meals (general) | 53 |
| **Total** | 53 |

STATMENT.LD

### Taxes and Licenses Attachment

Note: This information does not transmit to the IRS with e-filed returns.
Including with a paper filed return is optional.

**2020**

| PARTNERSHIP NAME | EIN |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |

| Taxes and Licenses | Form 1065 | Page 1, Line 14 |
|---|---|---|

| | | | |
|---|---|---|---:|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Local property taxes | 5 | 30,272 |
| 6 | Intangible property taxes | 6 | |
| 7 | Payroll taxes | 7 | |
| 8 | Less: credit from Form 8846 | 8 | |
| 9 | Foreign taxes paid | 9 | |
| 10 | Occupancy taxes | 10 | |
| 11 | Licenses | 11 | 4,584 |
| 12 | Other miscellaneous taxes and licenses | 12 | 87,652 |
| | | | |
| 13 | Total to Form 1065, Page 1, Line 14 | 13 | 122,508 |

# Qualified Business Income Information

Summary of Statement A - QBI PTE Reporting

(Keep for your records)

**2020**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | Norcross Lodging Associates LLP | 20-0687698 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income  (Loss) | (184,214) | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 116,332 | | | | | |
| Unadjusted Basis Immediately After Acquisition | 2,396,487 | | | | | |
| Section 199A Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WK  QBI~.LD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \* Item is included in UBIA for Section 199A calculations. See "UBIA" in lower right corner. | | | | | **Depreciation Detail Listing**<br>FORM 1065<br>**For your records only** | | | | | | | | **2020**<br>PAGE  1 |

**Name(s) as shown on return** — Norcross Lodging Associates LLP

**Social security number/EIN** — 20-0687698

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | | Depreciable Basis | Life | Method | | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Buildings | 01012000 | 1,760,193\* | | 100.00 | | | | 1,760,193 | 39 | SL | MM | 2.564 | 989,188 | 45,131 | 1,034,319 | 45,133 |
| 2 | Equipment | 01012007 | 49,736\* | | 100.00 | | | | 49,736 | 5 | | | 0 | 49,736 | | 49,736 | |
| 3 | Capital Improvements | 06152007 | 143,632\* | | 100.00 | | | | 143,632 | 39 | SL | MM | 2.564 | 46,101 | 3,683 | 49,784 | 3,683 |
| 4 | Intangible Assets | 01012005 | 54,500 | | 100.00 | | | | 54,500 | 5 | AMT- | | 0 | 54,500 | | 54,500 | |
| 5 | Land | 01012000 | 154,696\* | 154,696 | 100.00 | | | | 0 | 0 | | | 0 | | | | |
| 6 | Flooring | 02102015 | 29,917\* | | 100.00 | | PY | 14,959 | 14,958 | 15 | 150 DB HY | | 6.23 | 20,596 | 932 | 21,528 | 932 |
| 7 | Air Conditioning | 02102015 | 16,569\* | | 100.00 | | PY | 8,285 | 8,284 | 15 | 150 DB HY | | 6.23 | 11,406 | 516 | 11,922 | 516 |
| 8 | LED Lighting | 02102015 | 7,463\* | | 100.00 | | PY | 3,732 | 3,731 | 15 | 150 DB HY | | 6.23 | 5,138 | 232 | 5,370 | 232 |
| 9 | Furniture | 02102015 | 20,411\* | | 100.00 | | PY | 10,206 | 10,205 | 15 | 150 DB HY | | 6.23 | 14,051 | 636 | 14,687 | 636 |
| 10 | Camera | 02102015 | 10,000\* | | 100.00 | | PY | 5,000 | 5,000 | 15 | 150 DB HY | | 6.23 | 6,885 | 312 | 7,197 | 312 |
| 11 | Flooring | 08102016 | 1,565\* | | 100.00 | | PY | 783 | 782 | 15 | 150 DB HY | | 6.93 | 1,023 | 54 | 1,077 | 54 |
| 12 | Air Conditioning | 08102016 | 4,000\* | | 100.00 | | PY | 2,000 | 2,000 | 15 | 150 DB HY | | 6.93 | 2,615 | 139 | 2,754 | 139 |
| 13 | Stairs | 08102016 | 41,797\* | | 100.00 | | PY | 20,899 | 20,898 | 15 | 150 DB HY | | 6.93 | 27,325 | 1,448 | 28,773 | 1,448 |
| 14 | Televisions | 08102016 | 5,250\* | | 100.00 | | PY | 2,625 | 2,625 | 5 | 200 DB HY | | 11.52 | 4,796 | 302 | 5,098 | 302 |
| 15 | AC Units | 06102017 | 3,372\* | | 100.00 | | | | 3,372 | 15 | 150 DB HY | | 7.7 | 777 | 260 | 1,037 | 260 |
| 16 | Televisions | 06102017 | 18,274\* | | 100.00 | | | | 18,274 | 5 | 200 DB HY | | 11.52 | 13,012 | 2,105 | 15,117 | 2,105 |
| 17 | Capital Improvements | 06152018 | 125,962\* | | 100.00 | | | | 125,962 | 39 | SL | MM | 2.564 | 4,980 | 3,230 | 8,210 | 3,230 |
| 18 | Capital Improvements | 06152019 | 194,096\* | | 100.00 | | | | 194,096 | 15 | 150 DB HY | | 9.5 | 9,705 | 18,439 | 28,144 | 18,439 |
| 19 | Capital Improvements | 10012020 | 13,986\* | | 100.00 | | CY | 13,986 | 0 | 15 | 150 DB MQ | | 1.25 | | | 13,986 | |
| | Totals | | 2,655,419 | | | | CY | 13,986 | 2,418,248 | | | | | 1,261,834 | 77,419 | 1,353,239 | 77,421 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Land Amount | | | | PY | 68,489 | CY 179 and CY Bonus | 13,986 | ST ADJ: | 9,239 |
| Net Depreciable Cost | 2,655,419 | | | | | TOTAL CY Depr including 179/bonus | 91,405 | UBIA: | 2,396,487 |

**1065 TAX RETURN COMPARISON**
**2018 / 2019 / 2020**

**2020**

| Name(s) as shown on return | Identifying number |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |

| Income | 2018 FEDERAL | 2019 FEDERAL | 2020 FEDERAL | DIFFERENCE BETWEEN 2019 & 2020 |
|---|---|---|---|---|
| Net receipts . . . . . . . . . . . | 660,394 | 558,033 | 500,848 | (57,185) |
| Cost of goods sold . . . . . . . . . . | | | | |
| Gross profit . . . . . . . . . . | 660,394 | 558,033 | 500,848 | (57,185) |
| Ordinary income (loss) from other | | | | |
| partnerships, estates, trusts . . . . . . . | | | | |
| Net farm profit (loss) . . . . . . . | | | | |
| Net gain/loss from 4797 . . . . . . . . | | | | |
| Other income . . . . . . . . . . . . | | | | |
| **Total income** . . . . . . . . . . | 660,394 | 558,033 | 500,848 | (57,185) |
| **Deductions** | | | | |
| Salaries and wages . . . . . . . . . | 119,666 | 115,250 | 116,332 | 1,082 |
| Guaranteed payments to partners . . . . | | | | |
| Repairs and maintenance . . . . . . . | 39,075 | 20,400 | 13,332 | (7,068) |
| Bad debts . . . . . . . . . . . . | | | | |
| Rents . . . . . . . . . . . . . | | | | |
| Taxes and licenses . . . . . . . . . | 168,162 | 136,775 | 122,508 | (14,267) |
| Interest . . . . . . . . . . . . | 122,177 | 133,284 | 33,321 | (99,963) |
| Depreciation from Form 4562 . . . . | 62,509 | 70,595 | 91,405 | 20,810 |
| Depreciation claimed elsewhere . . . | | | | |
| Net depreciation . . . . . . . . . . | 62,509 | 70,595 | 91,405 | 20,810 |
| Depletion . . . . . . . . . . . . . | | | | |
| Pension, profit-sharing . . . . . . . . | | | | |
| Employee benefits . . . . . . . . . . | | | | |
| Other deductions . . . . . . . . . | 265,062 | 322,638 | 308,164 | (14,474) |
| **Total deductions** . . . . . . . . . . | 776,651 | 798,942 | 685,062 | (113,880) |
| | | | | |
| **Ordinary business income(loss)** . . . . | (116,257) | (240,909) | (184,214) | 56,695 |
| | | | | |

**SCHEDULE K - Partner's Share Items**

| Income | | | | |
|---|---|---|---|---|
| Ordinary business income (loss) . . . . | (116,257) | (240,909) | (184,214) | 56,695 |
| Net rental real estate income (loss) . . . | | | | |
| Other net rental income (loss) . . . . . . | | | | |
| Guaranteed Payments . . . . . . . . | | | | |
| Interest income . . . . . . . . . . . . | | | | |
| Ordinary dividends . . . . . . . . . | | | | |
| Qualified dividends . . . . . . . . . . | | | | |
| Royalties . . . . . . . . . . . . . | | | | |
| Net short-term capital gain (loss) . . . . | | | | |
| Net long-term capital gain (loss) . . . . . | | | | |
| Collectibles (28%) gain (loss) . . . . . . | | | | |
| Unrecaptured section 1250 gain . . . . . | | | | |
| Net section 1231 gain (loss) . . . . . . . | | | | |
| Other income (loss) . . . . . . . . . . | | | | |
| **Deductions** | | | | |
| Section 179 deduction . . . . . . . . | | | | |
| Contributions . . . . . . . . . . . | | | | |
| Investment interest expense . . . . . . | | | | |
| Section 59(e)(2) expenditures . . . . . | | | | |
| Other deductions . . . . . . . . . . | | | | |

| 2018 | 2019 | 2020 | DIFFERENCE |
|---|---|---|---|

**1065 TAX RETURN COMPARISON**
**2018/ 2019 / 2020**

**2020**

Page 2

| Name(s) as shown on return | Identifying number |
|---|---|
| Norcross Lodging Associates LLP | 20-0687698 |

| Self-Employment | 2018 FEDERAL | 2019 FEDERAL | 2020 FEDERAL | DIFFERENCE BETWEEN 2019 & 2020 |
|---|---|---|---|---|
| Net earnings (loss) from self-employment | (59,291) | (122,864) | (93,949) | 28,915 |
| Gross farming or fishing income . . . . . | | | | |
| Gross nonfarm income . . . . . . . . | 336,801 | 284,597 | 255,432 | (29,165) |
| **Credits** | | | | |
| Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . | | | | |
| Low-income housing credit (other) . . . | | | | |
| Qualified rehabilitation expenditures (rental real estate) . . . . . . . . . . . | | | | |
| Other rental real estate credits . . . . . | | | | |
| Other rental credits . . . . . . . . . . | | | | |
| Other credits . . . . . . . . . . . . . | | | | |
| **Foreign Transactions** | | | | |
| Gross income from all sources . . . . . | | | | |
| Gross income sourced at partner level . | | | | |
| Foreign gross income sourced at partnership | | | | |
| Passive . . . . . . . . . . . . . . . | | | | |
| General categories . . . . . . . . . . | | | | |
| Other limitation . . . . . . . . . . . . | | | | |
| Deductions allocated and apportioned at partner level | | | | |
| Interest expense . . . . . . . . . . . . | | | | |
| Other . . . . . . . . . . . . . . . . | | | | |
| Ded allocated / apportioned at ptr level to foreign source inc. | | | | |
| Passive . . . . . . . . . . . . . . . . | | | | |
| General categories . . . . . . . . . . | | | | |
| Other limitation . . . . . . . . . . . . | | | | |
| Total foreign taxes paid or accrued . . . | | | | |
| Reduction in taxes available for credit . . | | | | |
| **Alternative Minimum Tax (AMT) items** | | | | |
| Post-1986 depreciation adjustment . . . . | (2) | (2) | (2) | |
| Adjusted gain or loss . . . . . . . . . | | | | |
| Depletion . . . . . . . . . . . . . . | | | | |
| Oil, gas, and geothermal properties - gross income | | | | |
| Oil, gas, and geothermal properties - deductions | | | | |
| Other AMT items . . . . . . . . . . . | | | | |
| **Other information** | | | | |
| Tax-exempt interest income . . . . . . | | | | |
| Other tax-exempt income . . . . . . . | | | | |
| Nondeductible expenses . . . . . . . . | 331 | 129 | 53 | (76) |
| Distribution of cash and marketable securities | | | | |
| Distributions of other property . . . . . . | | | | |
| Investment income . . . . . . . . . . | | | | |
| Investment expenses . . . . . . . . . | | | | |

| RESIDENT STATE | GA | GA | GA | |
|---|---|---|---|---|
| Taxable income . . . . . . . . . . . . . | (122,035) | (245,957) | (174,975) | 70,982 |
| Total tax . . . . . . . . . . . . . . | | | | |
| Overpayment . . . . . . . . . . . . . | | | | |
| Balance due . . . . . . . . . . . . . | | | | |

| 2018 | 2019 | 2020 | DIFFERENCE |
|---|---|---|---|

Alexis Arciniega-Miranda
1505 Chattahoochee Ave. NW
Atlanta, GA 30318

Alliance Laundry Systems LLC
P.O. Box 990
Ripon, WI 54971

Alpha Fire & Security, Inc.
1951 Gees Mill Road
Conyers, GA 30013

AmTrust Financial Services, Inc.
59 Maiden Lane
New York, NY 10038

Anand Systems Inc.
35 East 10th St.
Suite F
Tracy, CA 95376

Arturo Garcia
2042 Marshes Glenn Dr.
Norcross, GA 30071

Arvind Patel
6650 Bay Circle
Peachtree Corners, GA 30071

Ascentium Capital LLC
P.O. Box 301593
Dallas, TX 75303

Ashok Patel
280 Gaitskell Lane
Johns Creek, GA 30022

AT&T Servs., Inc. fka BellSouth Telecomms.
Karen A. Cavagnaro-Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

AVM Enterprises, Inc.
P.O. Box 22283
Chattanooga, TN 37422

Avnika Hari Riddle
131 Ponce De Leon Ave.
Apt. # 343
Atlanta, GA 30308

Berkshire Hathaway GUARD
P.O. Box 785570
Philadelphia, PA 19178-5570

Breejal Hari Jethwa
2019 Eagle Glen Rd.
Alpharetta, GA 30022

Bryan M. Knight
Knight Palmer, LLC
1360 Peachtree St., Suite 1201
Atlanta, GA 30309

Champion Supply, LLC
6733 Jones Mill Ct.
Suite F
Norcross, GA 30092

Chetan Patel
601 Avenue Q
Lubbock, TX 79401

Comcast Corporation
P.O. Box 37601
Philadelphia, PA 19101

Comcast Corporation
P.O. Box 71211
Charlotte, NC 28272

Danielle Hernandez
527 Saint Marlowe Dr.
Lawrenceville, GA 30044

Danny Roach
1538 Dr. Johns Road
Westminster, SC 29693

David Boyd
2075 Executive Dr.
Duluth, GA 30096

Delta Fire Protection Services
1916 Tucker Industrial Rd.
Tucker, GA 30084

Detroit Lender, LLC
2253 Grady Ridge Trail
Duluth, GA 30097

DirecTV, LLC
P.O. Box 105249
Atlanta, GA 30348

Edwin Lopez-Henderson
1400 Chase Lane
Norcross, GA 30093

Employers Insurance
P.O. Box 785570
Philadelphia, PA 19178

Equitax Property Tax Advisors
3240 Point Parkway
Suite 200
Norcross, GA 30092

Estes Backflow Testing, LLC
205 Blankenship Rd.
Jackson, GA 30233

First Data Global Leasing
P.O. Box 173845
Denver, CO 80217

Gas South, LLC
P.O. Box 530552
Atlanta, GA 30353

Georgia Department of Revenue
P.O. Box 740387
Atlanta, GA 30374-0387

Georgia Department of Revenue
P.O. Box 1045
Lawrenceville, GA 30046

Georgia Department of Revenue
P.O. Box 105284
Atlanta, GA 30348

Georgia Power
96 Annex
Atlanta, GA 30396

GLC Premium Financing Corp.
5787 N 300 E
Montpelier, IN 47359

Globe Chemical Co., Inc.
540 Collins Rd.
Marietta, GA 30066

Gustavo Franco
471 Bedford Bay Lane
Lawrenceville, GA 30046

Gwinnett County Dept. of Water Resources
Gwinnett Justice & Administration Center
75 Langley Drive
Lawrenceville, GA 30046

Gwinnett County Tax Commissioner
Gwinnett Justice & Administration Center
75 Langley Drive
Lawrenceville, GA 30046

Indiana Department of Revenue
100 N. Senate Avenue
Room N203 - Bankruptcy
Indianapolis, IN 46204

Infinite Energy, Inc.
7001 SW 24th Ave.
Gainesville, FL 32607

Interconnect Systems, Inc.
P.O. Box 134
Tucker, GA 30085

Internal Revenue Service
Attn: Bankruptcy Department
P.O. Box 7346
Philadelphia, PA 19101

James C. Joedecke, Jr.
Andersen, Tate & Carr, P.C.
1960 Satellite Blvd., Ste. 4000
Duluth, GA 30097

Jersey Gardens EB-5 Investments, LLP
c/o Bharat Patel
5701 Progress Road
Indianapolis, IN 46241

Kamini Patel
6650 Bay Circle
Peachtree Corners, GA 30071

Karen Morales
1032 Riverbend Rd.
Commerce, GA 30530

Kokila M. Hari
6650 Bay Circle
Peachtree Corners, GA 30071

Kone, Inc.
1800 Sandy Plains Pkwy.
Suite 200
Marietta, GA 30066

Kratos Gas & Power
225 Union Blvd.
Suite 200
Denver, CO 80228

Lexyl Travel Technologies, LLC
777 S. Flagler Drive
Suite 800, West Tower
West Palm Beach, FL 33401

Marcus Bowens
6650 Bay Circle Dr.
Peachtree Corners, GA 30071

Mays Pool
2921 Marti Lane
Suite 6B
Montgomery, AL 36116

Midland Hotel Group LLC
5855 Rockville Road
Indianapolis, IN 46224

Midland Hotel Group LLC
5860 Fortune Circle West
Indianapolis, IN 46241

Mohan P. Hari
6650 Bay Circle
Peachtree Corners, GA 30071

Mt. Laurel Lodging Associates, LLC
521 E RXR Plaza
Uniondale, NY 11556

MVM Technology
27 Williams St.
Sayreville, NJ 08872

Navnit Patel
341 David Walker Dr.
Tavares, FL 32778

North American Bancard, LLC
250 Stephenson Hwy.
Troy, MI 48083

Omar Duque Sanchez
1744 Lamancha Dr., NW
Lawrenceville, GA 30045

Orkin, LLC
1007 Mansell Rd.
Roswell, GA 30076

OYO Hotels, Inc.
3532 McKinney Ave.
12th Floor
Dallas, TX 75204

Phoenix Grantor Trust
99 High Street
7th Floor
Boston, MA 02110

Phoenix NPL, LLC
99 High Street
7th Floor
Boston, MA 02110

Richard Vranesevich
6650 Bay Circle Dr.
Peachtree Corners, GA 30071

Ridgefield Park Lodging Associates LLP
521 E RXR Plaza
Uniondale, NY 11556

Rosenburg Lodging Associates LLP
c/o Bharat Patel
5701 Progress Road
Indianapolis, IN 46241

Safeway Group, Inc.
6961 Peachtree Industrial Blvd.
Suite 101
Norcross, GA 30092

SG Peachtree Corners Hospitality Holdings, LL
6961 Peachtree Industrial Blvd.
Suite 101
Norcross, GA 30092

Sudhir Hari
6650 Bay Circle
Peachtree Corners, GA 30071

Sun Development & Management Corp.
c/o Bharat Patel
5701 Progress Road
Indianapolis, IN 46241

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735

Tariq International
5582 Button Gwinnett Pl.
Norcross, GA 30093

Tax Relief Group
P.O. Box 2026
Roswell, GA 30077

The Natl. Republic Bank of Chicago
1201 West Harrison Street
Chicago, IL 60607

Travel Today
P.O. Box 504558
Saint Louis, MO 63150

U.S. Bank Card Center
2 Huntington Quadrangle
3rd Floor
Melville, NY 11747

U.S. Department of Labor
200 Constitution Ave NW
Washington, DC 20210

U.S. Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203

Uzoma Technology
7001 Peachtree Industrial Blvd.
Suite 4
Norcross, GA 30092

Verizon Communications, Inc.
P.O. Box 15124
Albany, NY 12212

Waste Management
P.O. Box 4648
Carol Stream, IL 60197

Weener Nathan Philips LLP
5887 Glenridge Dr.
Suite 275
Atlanta, GA 30328

World Cinema
9801 Westheimer
Suite 409
Houston, TX 77042

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:

Norcross Lodging Associates, LLP

*[Name of Debtor(s)]*

_____,

Debtor(s).

)
)
)
)
)
)

Case No. _____

*(xx-xxxxx)*

☐ Check if this form is submitted with an amended creditor list.

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated: 10/27/2021

Managing Partner
Signature of Debtor

_____
Signature of Joint Debtor

**(Note: Certificate of Service not required.)**